Rev. 7/06
CO Hab C...
AO 241 amd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Antonio Worrell
NAME (Under which you were convicted)

DCDC 190-288
PRISON NUMBER

CCA/CTF
PLACE OF CONFINEMENT/ADDRESS
1901 E Street S.E.
Washington D.C. 20003

Antonio Worrell                    )
(Full Name)        Petitioner      )
                                   )    CASE NUMBER  1:07CV00328
                                   )
                                   )    JUDGE: Reggie B. Walton
            v.                     )
                                   )    DECK TYPE: Habeas Corpus/2255
John Caulfield                     )
                                   )    DATE STAMP: 02/9/2007
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
                    Respondent     )

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

3. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

**RECEIVED**

JAN 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7. When you have completed the form, send the original and one copy to:
   Clerk, United States District Court for the District of Columbia
   Room 1225
   333 Constitution Avenue, NW
   Washington, DC 20001

9. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: <u>The District of Columbia Superior Court Washington, D.C.</u>

2. (a) Date of the sentence (or detention): <u>6-1-77 - 1-24-80 - 4-23-80 - 4-29-80 - 7-25-94</u>

3. Length of sentence: <u>0 months to 12 years, 5 months to 15 months, 16 months to 4 years, 90 days. total 17 years 3 months 90 days.</u>

4. Nature of offense involved (all counts): _____

5. (a) What was your plea? (Check one):
   ☐ Not guilty
   ☒ Guilty
   ☐ Nolo Contendere (no contest)
   ☐ Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: I pleaed guilty to all charges in This petition

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ■ Yes
   ☐ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: Superior Court of the District of Columbia
       (2) Nature of the proceedings: was to correct the Consecutive Sentence thats not supose to be Consecutive Sentence thats Originaly Concurrent but change to Consecutive
       (3) Grounds raised: that I was originaly Sentence to 12 years that didnt say Consecutive but was changed 2 years later. a 4 year Sentence that dont say Consecutive but computed Consecutive, also 90 day sentence that say Concurrent but computed Consecutive.
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ■ No
       (5) Result: _____
       (6) Date of result: _____

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: Superior Court of District of Columbia
       (2) Nature of the proceedings: Was sentence By Jugde Reggie Walton 7-25-94 to 90 day to run Concurrent to anyother Sentence, but it was ran Consecutive.
       (3) Grounds raised: that my Judgement of Commitment clearly reads sentence to run Concurrent to anyother sentence.
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☐ Yes
           ■ No
       (5) Result: _____

    (6)    Date of result: _____

(c)    As to any third petition, application, or motion, give the same information:
    (1)    Name of Court: _____
    (2)    Nature of the proceedings: _____
    _____
    _____

    (3)    Grounds raised: _____
    _____
    _____
    _____
    _____

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?
        ☐    Yes
        ☐    No
    (5)    Result: _____
    (6)    Date of result: _____

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1)    First petition, etc."
        ☐    Yes
        ■    No
    (2)    Second petition, etc.:
        ☐    Yes
        ■    No
    (3)    Third petition, etc.:
        ☐    Yes
        ☐    No

(e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: **because I was told to file in the District Court of the United States**
_____
_____
_____

8.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.  GROUND ONE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On 2-1-77 I was charged with Burglary 2 at that time I was given a plea agreement, 3 to 12 years suspended commitment with 5 years probation. On 6-1-77 Judge B. Sorrell sentence me to the agreed sentence, this sentence was not consecutive, but when I violated probation conditions I was resentence on 1-24-80 but the Judge added to my sentence, he added consecutive which clearly enhanced my sentence from the original, this was not a part of my plea agreement and was not the sentence given on 6-1-77 case No. 9525-77B. the new sentence Judgement read 0 to 12 years to run consecutive to any sentence being served, I was on probation for over two years so the original sentence apply.

B.  GROUND TWO:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On 2-28-79 I was arrested for UUV case No F-04722-79 which I was released on personal recognizance, while on P.R I was arrested on another UUV case No. F-05190-79A 8-3-79 which I never made P.R. which mean my Jail time only count on this charge and at this time is the only time being served. I pleaded guilty and was sentence 4-23-80 to 5 months to 15 months to run consecutive to any sentence Presently being Served, at that time I was not serving another sentence because I was being credit for case No. F-05190-79A being its consecutive and have'nt been computed At that time I would have to complete that sentence before starting a new sentence.

C.  GROUND THREE:
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On 2-28-79 I was arrested on a UUV but released on personal recognizance this Case No being F-04722-79 on 4-29-80 I was sentence to 16 months to 4 years and the Judgement of Commitment did not indicate consecutive or concurrent but this sentence came after Case 9525-77 and case F-05190-79 on case F-04722-79 E the Judge didnt ask for this sentence to run consecutive, the Judgement of Commitment only read 16 month to 4 years, this sentence should run Concurrent. On all three of these cases my sentence shouldnt be over 13 years 3 months but may be just 12 years.

D.    **GROUND FOUR:**
     (a)   Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: On 8-31-93 I was charged with Attempt Prison breach. Case No. F-5212-94A. On 7-25-94 I was sentence by Judge Reggie Walton. he sentenced me to 90 days to run concurrent to any other sentence, thats how the Judgement of Commitment read. on my Face Sheet my Sentence shows as 90 days Consecutive, the B.O.P. and the department of Correction recored office has it computed as consecutive but it should compute as Concurrent as it show on the Commitment order.
this Sentence should be running with the other three therefore not showing as 90 day after the other.

9.   If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

10.   Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?
      ☒ Yes
      ☐ No

    (a)   If so, give the name and location of the court and case number, if known: a petition was sent to the Clerk of the Superior Court of the District of Columbia

11.   Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
      ☐ Yes
      ☒ No

    (a)   If so, give name and location of court which imposed sentence to be served in the future: _____

(b)   And give date and length of sentence to be served in future: _____

_____

(c)   Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes
   ■ No


Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Antonio Worrell*
Petitioner's Signature

*1-12-07*
Date

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Antonio Worrell

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

**DEFENDANTS**

John Caulfield

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 190-288

CASE NUMBER   1:07CV00328
JUDGE: Reggie B. Walton
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 02/9/2007

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP FOR PLAINTIFF**

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☒ **G.** *Habeas Corpus/ 2255*<br><br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **H.** *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **I.** *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K.** *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ **M.** *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N.** *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 2-9-07   SIGNATURE OF ATTORNEY OF RECORD  NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

forms\js-44.wpd