## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Antonio Worrell,

     Petitioner,

     v.                            Civil Action No.  07-328

John Caulfield,

     Respondent,

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. 2243, it is this __20__ day of March 2007,

ORDERED that respondent, by counsel, shall, within __30__ days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of Habeas Corpus should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondent, the United States Attorney for the District of Columbia and the Attorney General for the District of Columbia.

_____
United States District Judge