UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO WORRELL,<br>    Petitioner | :<br>:<br>:   **Civil Action No. 07-328 (RBW)** |
| v. | :<br>: |
| JOHN CAULFIELD,<br>    Respondent | :<br>: |

**NOTICE OF APPEARANCE**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                    United States Attorney
                                    D.C. Bar Number 498-610

                                    /s/ Robert D. Okun
                                    ROBERT D. OKUN
                                    Assistant United States Attorney
                                    Chief, Special Proceedings Division
                                    D.C. Bar Number 457-078

                                    /s/ Sherri L. Berthrong
                                    SHERRI L. BERTHRONG
                                    Assistant United States Attorney
                                    D.C. Bar No. 249-136
                                    Sherri.Berthrong@usdoj.gov
                                    Special Proceedings Division
                                    555 4th Street, N.W., Room 10-450
                                    Washington, D.C. 20530
                                    (202) 514-6948

-2-

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Antonio Worrell, Fed. Reg. No. 14567-057, FCI Gilmer, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351, this 29th day of March, 2007.

                                                /s/ Sherri L. Berthrong
                                                Sherri L. Berthrong
                                                Assistant United States Attorney