UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO WORRELL, : | |
| : | |
| PETITIONER, : | |
| : | |
| v. : | Civil Action No.: 07-328 (RBW) |
| JOHN CAULFIELD, : | |
| : | |
| RESPONDENT. : | |

**RESPONDENT JOHN CAULFIELD'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Respondent John Caulfield, by and through counsel, files this response to the March 20, 2007, Order to Show Cause, and states as follows:

**PRELIMINARY STATEMENT**

On February 9, 2007, Petitioner filed a Petition for a Writ of Habeas Corpus against Respondent John Caulfield, who is the Warden of the D.C. Central Treatment Facility (CTF). Petitioner was incarcerated at CTF and appeared to be contesting the calculation of his sentence. Petitioner was subsequently transferred into Federal custody and is currently incarcerated at a Bureau of Prisons facility in Glenville, WV. Respondent John Caulfield moves the Court to discharge the Order to Show Cause because he is not a proper party respondent, and this Court lacks jurisdiction over Petitioner's habeas petition.

**ARGUMENT**

A.   <u>John Caulfield is Not A Proper Party Respondent.</u>

The petitioner is currently incarcerated at a Federal facility in Glenville, WV, operated by the Federal Bureau of Prisons. As such, John Caulfield is not the proper respondent because he neither has custody nor control of the petitioner, and cannot address the petitioner's claims or

provide the relief sought in the petition. *See* United States v. Wardell Crockett, 861 A.2d 604 (D.C. 2004), holding the proper party in a habeas action is the warden who has custody over petitioner. Therefore, the Order to Show Cause issued to John Caulfield should summarily be discharged.

      B.    This Court Lacks Jurisdiction Over Petitioner's Petition.

The Court of Appeals has held that there is no jurisdiction for the Court to entertain a writ for persons outside the District. *See* I.B. v. District of Columbia Dep't of Human Resources, 287 A.2d 827 (D.C. 1972). The Court reiterated this position in Alston v. United States, 590 A.2d 511, 514-515 (D.C. 1991), holding that the "District of Columbia Courts may grant habeas corpus relief only for prisoners incarcerated within the District or in the District of Columbia correctional facilities." "A court may not grant such relief unless it ha[s] personal jurisdiction over the custodian of the prisoner." Id. (citations omitted). This conclusion is based upon the District's habeas statute, which provides that "[a] person committed, detained, confined or restrained from his lawful liberty within the District...may apply...for a writ of habeas corpus..." See D.C. Official Code § 16-1901 (2001 ed.) (emphasis supplied). Therefore, since petitioner is incarcerated in West Virginia at a Federal facility, this Court has no jurisdiction over this matter.

WHEREFORE, for all of the reasons set forth herein, the petition should be summarily dismissed, and the Order to Show Cause discharged.

                              Respectfully submitted,

                              LINDA SINGER
                              Acting Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General, Civil Litigation Division

                         __\s_____

                    PATRICIA A. JONES [428132]
                    Chief, General Litigation Sec. IV


                    __\s_____
                    MICHAEL P. BRUCKHEIM [455192]
                    Assistant Attorney General
                    441 4TH Street, NW, 6th Floor-South
                    Washington, D.C. 20001
                    202-724-6649; 202-727-6295
                    E-mail: Michael.bruckheim@dc.gov


## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2007, a copy of the foregoing Response to the Court's Order to Show Cause was mailed postage prepaid to:

Antonio Worrell
Fed. Reg. No.: 14567-057
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351


                    _\s_____
                    Michael P. Bruckheim
                    Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO WORRELL, : | |
| : | |
| PETITIONER, : | |
| : | |
| v. : | Civil Action No.: 07-328 (RBW) |
| JOHN CAULFIELD, : | |
| : | |
| RESPONDENT. : | |

**ORDER**

Upon consideration of the petition for writ of habeas corpus, the response thereto and the record herein, it is by the Court this _____ day of _____, 200__,

ORDERED: That the Petition for Writ of Habeas Corpus shall be and the same is hereby dismissed as to respondent John Caulfield; and it is,

FURTHER ORDERED: That the Court's March 20, 2007, Order to Show Cause shall be and the same is discharged as to Respondent John Caulfield.

_____
JUDGE REGGIE B. WALTON
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA