UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
ANTONIO WORRELL,                   )
                                   )
        Petitioner,                )
                                   )
    v.                             ) Civil Action No. 07-0328 (RBW)
                                   )
JOHN CAULFIELD *et al.*,           )
                                   )
        Respondents.               )
_____)

## ORDER

This matter is before the Court on the United States' opposition to petitioner's application for a writ of *habeas corpus*. Because consideration of the filing could result in dismissal of the case, petitioner will be provided time to respond by filing an opposing memorandum of points and authorities, *see* Local Civil Rule 7(b), and, if appropriate, any supporting evidence. Under Rule 56(e) of the Federal Rules of Civil Procedure,

> Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify as to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits.

Fed. R. Civ. P. 56(e). Accordingly, it is hereby

ORDERED that petitioner shall file his reply by **May 21, 2007**. If petitioner does not respond by that date, the Court will treat respondent's assertions as conceded and may summarily deny the petition and dismiss the case.

                                    _____s/_____
                                    Reggie B. Walton
                                    United States District Judge

Date: April 18, 2007