

UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMIA

RECEIVED
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTONIO WORRELL
  Petitioner,
V.
JOHN CAULFIELD
  Respondent,

Civil Action No: 07-328 (RBW)

Petitioners Traverse to Respondents Response

Petitioner Antonio Worrell Response to the Respondent John CaulFields response to the Courts order to show Cause.

The Respondent states the sentence in case F4722-79 was first Sentence imposed, not the second or third because the petitioner was originally sentenced in F-4722-79 on November 9, 1979. also in the Declaration of Augustus Faller there is no documentation of any Sentence taking place November 9, 1979.

## FACTS

Theres no reason to sentence Petitioner to 16 month to 4 years on Nov 9, 1979 and is no reason at all to turn around and give the same sentence again on April 29, 1980 and have only the April 29, 1980 Judgement of Commitment.
The United States Attorney for the District of Columbia has stated a Argument that is not true or have any facts that show anything of the petitioner being sentences on Nov 9, 1979 theres is no Judgement of Commitment Order anywhere showing anything about a sentenceing on the date of Nov 9, 1979.

the respondent opposition to the petition has three Judgements of Commitments. One is case 9525-77 sentencing date Jan 24, 1980. Two is F 5190-79 sentencing date April 23, 1980. and Three is F 4722-79 sentencing date April 29, 1980. however respondents stated <u>see</u> Exhibit-A (D.C. Department of Corrections Face sheet) A Face sheet From the Department of Corrections is not a court document so therefore has no Proof of Sentencing date. theres no court record of any other sentencing dates. Nov 9, 1979 was the date the Judge drop or dismissed 5 counts from charge A-B-D-F-G From case F 4722-79. the Amended Commitment was to give credit For Case No F 1982-79 (April 7, 1979 Thur May 17, 1979) this took place on April 29, 1980. the respondent has not showed any legal document showing more then one sentencing date for case No. 4722-79 therefore the Respondent Aagument show no merit.

As to the sentencing to run consecutive, the Judges in both cases before F 4722-79 Clearly stated that there sentences is to only run consecutive to any sentence presently being served. as you notice my 82 sentence also run concurrent to all other sentences and it only gives the sentence this is how all Old law sentences out of DC. Superior Court in the District of Columbia did in the 70 and early 1980.s carefully read 23-112 DC Code. sentences off same indictment.

For the reasons set forth Above, the petition should not be dismissed

Respectfully Submitted
Antonio Worrell

# Certificate of Service

I hereby certify that on April 26, 2007, a copy of the forgoing traverse was mailed postage prepaid to:

Jeffrey A. Taylor
United States Attorney


Sherri L. berthrong
Assistant Unite States Attorney
555 4th street NW, Room 10-450
Washington D.C. 20530


Antonio Worrell
Reg No 14567-057
Petitioner.

[signature]

[notary signature] 4/26/07

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LORI SMITH
201 FCI LANE
GLENVILLE, WV 26351
My commission expires August 29, 2013