Antonio Worrell Reg 14567-057
FCI Gilmer
P.O. Box 6000
Glenville WV. 26351

Civil Action No. 07-328 (RBW)
The Honorable Judge Reggie B. Walton:

Sir I'm writing you this letter to ask you something. Whats bothering me is something in the opposition that may need to be addressed. first this is my very first habeas so being theres things I don't know, I hoping I'm allowed to ask the Courts. This is about the Declaration of Augustus Faller, that he declared under penalty of perjury. My point is Augustus faller made a statement that he knew was not true, he said, he have reviewed Inmates Worrell sentence computation and the sentence in Case No. 9525-77, F5190-79, F654-82 and F10693-95 were properly treated as consecutive sentence and aggregated with the original sentence in F-4722-79. Sir thats false information.

As this court already know my sentences adds up to 17 years 3 months. in Case No. F654-82 the department of Correction has it computed concurrent, so that was a untrue statement, and case No. F10693-95 was a sentence I was given probation and I did complet that probation with no incarceration time. So thats another untrue statement by Augustus Faller. If his statement had been true my sentence would have been 24 years 9 months not 17 years 3 months like it is.

Case No. 9525-77 I was arrested on Feb 1, 1977 stayed in jail one day then released. I was first sentence on that case June 1, 1977 to 3 to 12 years, suspended commitment 5 years probation. that make that sentence first. also why would a Judge amend case No. F-4722-79 to give me the same sentence over that just not be true and there is no documentation from the Courts that it happen. the Judge amended that Judgment of Commitment on that day to give me credit for April 7, 1979 to May 17, 1979. If looks as if someone just didn't understand what they read.

Sir I hope this is the right way for me to do this and I hope you grant me my habeas Corpus because I'm really doing more time then I should. and as you can see people will say anything to keep me locked away. Sir I've already served my time.

Respectfully
Antonio Worrell
Reg. 14567-057