UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTONIO WORRELL, | : | |
|     Petitioner | : | Civil Action No. 07-328 (RBW) |
| | : | Judge Reggie B. Walton |
| v. | : | |
| | : | |
| JOHN CAULFIELD, | : | |
|     Respondent | : | |

**UNITED STATES' SUPPLEMENTAL OPPOSITION TO THE PETITIONER'S
PETITION FOR A WRIT OF HABEAS CORPUS**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this supplemental opposition to the petitioner's pro se petition for a writ of habeas corpus in which the petitioner challenges the calculation of his sentences in Superior Court Case Nos. F4722-79, 9525-77, F5190-79, and F5212-94. As explained in the government's initial opposition, the petitioner's sentences in 9525-77 and F5190-79 were properly considered as consecutive sentences to F4722-79 because those sentences were rendered after the sentence in F4722-79, which was originally imposed on November 9, 1979. In the petitioner's subsequent responses, he has challenged the accuracy of the sentence date in F4722-79, as well as the terms of his sentences.

    Since the filing of its opposition, the government has obtained copies of the relevant Judgment and Commitment Orders. See Exhibit A (Judgment and Commitment Order in Case No. 9525-77), Exhibit B (Judgment and Commitment Order in F4722-79), Exhibit C (Amended Judgment and Commitment Order for Case No. 9525-77), Exhibit D (Judgment and Commitment Order for F5190-79), Exhibit E (Amended Judgment and Commitment Order for F4722-79), Exhibit F (Judgment and Commitment Order for F654-82), and Exhibit G (Judgment

and Commitment Order for F5212-94). As reflected in Exhibit B, the petitioner was originally sentenced in F4722-79 on November 9, 1979. Thus, F4722-79 was the first case in which the petitioner was sentenced to a term of imprisonment and this occurred before he was sentenced to terms of imprisonment in Case No. 9525-77 and in F5190-79.[1] Furthermore, these exhibits unequivocally demonstrate that the sentences imposed in 9525-77 and F5190-79 were to run consecutively to the sentence the petitioner was then serving in F4722-79. See Exhibits C and D.

Accordingly, because the petitioner's sentences in 9525-77 and F5190-79 were properly treated as consecutive sentences to the sentence in F4722-79 and because his sentence in F5212-94 has been calculated as a concurrent sentence, and, for the reasons stated in the United States' original opposition filed on April 18, 2007, the petitioner's challenge to the calculation of his sentences in F4722-79, 9525-77, F5190-79, and F5212-94 is without merit and his petition for a writ of habeas corpus should be summarily denied.

---

[1] The petitioner originally was sentenced to a term of probation in 9525-77, see Exhibit A, but this probation was subsequently revoked and the petitioner was then sentenced to a term of imprisonment on January 24, 1980, see Exhibit C, more than 2 months after he was sentenced to imprisonment in F4722-79.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

/s/ Robert D. Okun
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 457-078

/s/ Sherri L. Berthrong
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the United States' Supplemental Opposition has been filed electronically with the Court and served by mail upon the petitioner, Antonio Worrell, Fed. Reg. No. 14567-057, FCI Gilmer, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351, this 24th day of August, 2007.

/s/ Sherri L. Berthrong
Sherri L. Berthrong
Assistant United States Attorney

# **EXHIBIT A**

# Superior Court of the District of Columbia

### CRIMINAL DIVISION

### JUDGMENT AND PROBATION ORDER

United States of America          Case Number: 9525-77B

vs.          PDID Number: 263-694

Antonio Worrell

WHEREAS the above-named defendant having entered a plea of

☐ Not Guilty          ☒ Guilty

to the charge(s) of   ② Burglary II

and having been found guilty by

☐ Jury          ☒ the Court

and a pre-sentence investigation and report having been

☒ prepared and considered          ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of (3) three to (12) twelve years

IT IS ORDERED that the execution of sentence be, and it is hereby, suspended and the defendant be, and is hereby, placed on probation in charge of the Probation Officer of the Court for a period of (5) five years

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the Probation Department and that the copy shall serve as the order for the defendant.

8-3-77          W. Byron Sorrell
Date          Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE PROBATION DEPARTMENT:

_____ A TRUE COPY   Clarence Harpers
Date    TEST: MAY 25 2007   Deputy Clerk

Clerk, Superior Court of the District of Columbia

**EXHIBIT B**

CD-46

# Superior Court of the District of Columbia

### CRIMINAL DIVISION

## JUDGMENT AND COMMITMENT ORDER

United States of America                                  Case Number: F4722-79E
vs                                                        PDID Number: 263-694
Antonio Morell

* * * * * *

WHEREAS the above-named defendant having entered a plea of

☐ Not Guilty            ☒ Guilty

to the charge(s) of _Unauthorized use of a vehicle_

and having been found guilty by

☐ Jury                  ☒ the Court

and a pre-sentence investigation and report having been

☒ prepared and considered     ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

(16) sixteen months to (4) four years

A TRUE COPY
TEST: MAY 25 07

Clerk, Superior Court
District of Columbia

By _____
Deputy Clerk

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

November 9, 1979                    Carlisle E. Pratt
Date                                Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

November 9, 1979                    Jack Cotter
Date                                Deputy Clerk

# **EXHIBIT C**

# Superior Court of the District of Columbia
### CRIMINAL DIVISION

*Modification of Sentence*

## JUDGMENT AND COMMITMENT ORDER

United States of America

vs.

*Antonio Worrell*

Case Number: 9525-77B

PDID Number: 263-694

WHEREAS the above-named defendant having entered a plea of

☐ Not Guilty    ☒ Guilty

to the charge(s) of  B) Burglary II

and having been found guilty by

☐ Jury    ☒ the Court

and a pre-sentence investigation and report having been

☒ prepared and considered    ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby,

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of:

*Sentence Reduced to the Minimum to (0) Zero Months to (12) Twelve years. Sentence to Run Consecutive With any other sentence now Being Served.*

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

1/24/80
Date

W. Byron _____
Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

1/24/80
Date

A TRUE COPY
TEST: MAY 25 [200?]

Harold F. _____
Deputy Clerk

Clerk, Superior Court of the District of Columbia

**EXHIBIT D**

# Superior Court of the District of Columbia

CRIMINAL DIVISION

## JUDGMENT AND COMMITMENT ORDER

United States of America       25-112           Case Number F-5190-79"D"

vs.                                              PDID Number 263-694

Antonio Worrell

* * * * * * *

WHEREAS the above-named defendant having entered a plea of

☐ Not Guilty          ☒ Guilty

to the charge(s) of Unauthorize Use of A Vehicle

and having been found guilty by

☐ Jury               ☒ the Court

and a pre-sentence investigation and report having been

☒ prepared and considered          ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

Not Less Than Five (5) Months Nor More Than Fifteen (15) Months To Run Consecutive To Any Sentence Presently Being Served.

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

4-23-80                                         [signature]
Date                                            Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

TESTE APR 23 2007

4-23-80                Clerk Superior Court of the       Arlington C. Sellers, Jr.
Date                   District of Columbia              Deputy Clerk

By: [signature]
    Deputy Clerk

# **EXHIBIT E**

*In Jail*

*\* Amended Commitment*

# Superior Court of the District of Columbia

CRIMINAL DIVISION

## JUDGMENT AND COMMITMENT ORDER

United States of America                                Case Number _F 4722-79E_
vs                                                      PDID Number _263-694_

_Antonio Worrell_
_AKA Maurice White_

* * * * * *

WHEREAS the above-named defendant having entered a plea of

☐ Not Guilty          ☒ Guilty

to the charge(s) of _"E" Unauthorized Use of a Motor Vehicle_

and having been found guilty by

☐ Jury                ☒ the Court

and a pre-sentence investigation and report having been

☐ prepared and considered          ☒ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

_(16) sixteen months to (4) four years_
_Deft given credit for time served in_
_Case # F1982-79 (April 7, 1979 thru May 17, 1979)_

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

_April 29, 1980_                        _Carlisle E. Pratt_
Date                                    Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

_April 29, 1980_                        _Paul W. Roddy_
Date                                    Deputy Clerk

_[signature]_
DEPUTY U.S. MARSHAL

A TRUE COPY
TEST:  M__ 5 2007
Clerk, Superior Court of the
District of Columbia
By: _____
Deputy Clerk

**EXHIBIT F**

# Superior Court of the District of Columbia

CRIMINAL DIVISION

## JUDGMENT AND COMMITMENT ORDER

UNITED STATES OF AMERICA

vs

Antonio M. Worrell

Case Number F-654-82 "B"

PDID Number 263-964

WHEREAS the above-named defendant having entered a plea of ☐ Not Guilty ☑ Guilty

to the charge(s) of "B" Burg II

and having been found guilty by ☐ Jury ☑ the Court

and a pre-sentence investigation and report having been ☐ prepared and considered ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

NLT Eighteen (18) months NMT Six (6) Years

A TRUE COPY
TEST APR 2 4 2007
Clerk, Superior Court of the District of Columbia
By: _____ Deputy Clerk

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

7-19-82
Date

_____ Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

7-19-82
Date

_____ Deputy/Clerk

Form CD(18)-1039/Nov. 80
Previous editions (CD-48) may be used.

White — Court Jacket
Canary — Jail
Pink — Prosecutor
Goldenrod — Defense Counsel

81—P5544

**EXHIBIT G**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. F5212-9X B
PDID No. 263-69

vs. Antonio Worrell

Max FD

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _____ Attempted Prison Break _____

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _____ Ninety Days to run Concurrent to any other sentence _____

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☒ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
 ☐ Observe the general conditions of probation listed on the back of this order.
 ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
 ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____
 ☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
 ☐ _____

Costs in the aggregate amount of $ 10 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. To be deducted
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

7/25/9X
Date

Reggie B. [signature]
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

7/25/9X
Date

[signature]
Deputy Clerk

Form CTJ(RI)... 17