RECEIVED
OCT 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTONIO WORRELL,        :   Civil Action No. 07-328 (RBW)
    Petitioner          :   Judge Reggie B. Walton
        V.              :
JOHN CAULFIELD          :
    Respondent          :

Petitioners Traverse to Respondents Response
Petitioners Antonio Worrell Response to the Respondent John Caulfields
SUPPLEMENTAL OPPOSITION
FACTS

Though the United States Attorney for the respondent Warden John Caulfield has sent a supplemental Opposition which includes exhibits of Judgments and Commitment orders.

In respondents exhibits Petitioner would like to point out Exhibit-A case No. 9525-77B, Judgment and sentencing date, 8-3-77 sentence to 3 three to 12 years; Arrested on 2-1-77 released 2-2-77 served one day before convicted on 6-1-77 and sentenced on 8-3-77.

Respondents exhibit-B. case No. F4722-74E, Judgment and Sentencing date 11-9-79 16 months to 4 years, pre-sentence report was used from 6-1-77 conviction and Sentence.

Exhibit-C case No. 9525-77B, Judgment and sentencing, on this Judgment and Commitment order the Judge wrote over the words Judgment and Commitment order, Modification of Sentence; Meanning: reduce, decrease, diminish, lessen, change: and that change was from 3 to 12 years sentence on 8-3-77 to 0-months to 12 years, But he also added to run consecutive to any sentence being served. which makes the sentence illegal.

2.

On 8-3-77 Judge B. Sorrell Sentence me to 3 to 12 years, he then suspended it and placed me on probation and ordered placed on probation in charge of the probation Officer of the Court, for a period of 5 years. therefor as of 8-3-77, I Petitioner was under orders of the sentence of Judge B. Sorrell and also by serving one day 2-1-77 to 2-2-77 sentence had started before any other sentence because I did receive credit for that one day.

On 6-1-77 I Petitioner did agree to a plea agreement with the US Attorney and the court on case No. 9525-77B, That agreement was, petitioner plea to Burglary II and the courts will sentence me to 3 to 12 years and suspend it, and give me 5 years probation. the agreement was if I violate the conditions of my probation, Im to receive the suspended sentence back with is 3 to 12 years, not consecutive. the sentence can't be enhanced because that was not apart of the plea agreement. therefore the re-sentence on 1-24-1980 is a illegal sentence,

Exhibit-F. case No. F-654-82-B is a 6 year sentence that the dept of Correction computed concurrent because Judgment of Commitment didn't state consecutive. sentences in the District at that time ran concurrant if did'nt state consecutive. therefore case No. F4722-79E ran concurrent or should have.

Petitioner ask this court to vacate sentence imposed on 1-24-1980 case No. 9525-77B sentence is illegal. and that case No. F4722-79-E run concurrant to all sentences.

## Certificate of Service

I hereby certify that on August 31, 2007 a copy of the forgoing traverse was mailed postage prepaid to:

Jeffrey A. Taylor
United States Attorney


Sherri L. berthrong
Assistant Unite States Attorney
555 4th street NW, Room 10-450
Washington, DC. 20530


Antonio Worrell
Reg No. 14567-057
Petitioner

*Antonio Worrell*