UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTONIO WORRELL
    Petitioner Pro Se
    V
JOHE CAULFIELD,
    Respondent

Civil Action No. 07-328 (RBW)
Judge Reggie B. Walton

**RECEIVED**
OCT - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion to Amend
Pursuat to F.R.C.P., Rule 15 (A)

To Amend Petitioners writ to include Relief Requested

**Relief Requested**

Immediate Release or the alternative vacate or terminate
1. Sentence, Case No. 9525-77B - 12 years - vacate
2. Sentence, Case No. F4722-79E - 4 years - Terminate

Copys
Sherri L. Berthrong
Assistant United States Attorney
555 4th street NW, Room 10-450
Washington, DC. 20530

Antonio Worrell
    Petitioner Pro-Se
*Antonio Worrell*
10-3-2007
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

OCT - 3 2007