UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTONIO WORRELL | : | |
| | : | |
| Plaintiff | : | Criminal Action Case No. 07-328 |
| | : | |
| v. | : | |
| | : | |
| BUREAU OF PRISONS, et al. | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

**<u>ORDER OF RECUSAL</u>**

Based upon my previous involvement in presiding over the trial and sentencing of Antonio Worrell while a Judge of the Superior Court of the District of Columbia, I hereby recuse myself from this case.

SO ORDERED this 2nd day of November, 2007.

REGGIE B. WALTON

United States District Judge