CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO WORRELL ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 07-0328 (RJL) |
| ) | |
| JOHN CAULFIELD ) | Category   G |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>November 8, 2007</u> from <u>Judge Reggie B. Walton</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc: <u>Judge Walton</u> & Courtroom Deputy
<u>Judge Leon</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk