UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Antonio Worrell
　　Petitioner
　　　v.
John Caulfield
　　Respondent

Civil Action No. 07-328 RBW
Judge Reggie B. Walton

RECEIVED
AUG 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Petitioner request that respondents opposition be dismissed on the Grounds of the following actions by respondent.

The respondent and his attorneys willingly and knowingly allowed Augustus Faller Operations Manager of the B.O.P. Designation and Computation Center to submit false Information in a sworn Declaration. That information being a statement made buy Augustus Faller on the 18th day of April 2007. Paragraph 3. of there Declaration, stateing that they reviewed A. Worrell's sentence computation and that case No. 9525-77, F5190-79, F654-82 and F10693-95 were properly treated as consecutive sentences and have been aggregated with the original sentence in F4722-79. This is false imformation given to mislead the court system and other legal agencies.

　　　　　　　　　　　My point is my full sentence is 17 years 3 month it has never been any higher. that sentence coming from only three sentences. 1.# being case No 9525-77 which is 12 years. 2# being F5190-79 which is 15 months and last being The topic of this habeas F4722-79 which is 4 years. There is no additional time added to this sentence. case No. F654-82 is a 6 year sentence that was also silent and given in 1982 it ran concurrent which means it expired 6 years from date of sentence. also Case No. F10693-95 was a sentence of probation that was completed, never a revocation. therefore being that F654-82 is concurrant and F10693-95 was a completed probation then that was false imformation given by Augustus Faller. not only has the Designation and Computation Center submit false imformation to the US District Court.

Due to this they have sent information through to NCIC/wales computers which holds the criminal main data for all criminals in the U.S.A. and that is false according to these Docket numbers that they are using that has expired originally 2-1-88 case No F654-82.

This information has caused NCIC wales data on me to be misleading and false by those federal agencies who have intentionally took the authority of sentencing Judge or Judges to illegally sentence me and add more time to a old docket number that have the severity of time to hold me in the Criminal System by the deceet of Parole which is how Im still here after expiration of original date which is illegal. this is to cause deception by those Federal agencies U.S.P.C., F.B.O.P. and D.C. Copporate Council. this misleading information is being filtered Illegally to other criminal agencies Computers by Just them using that old Docket No. to comspire against my original release and the closing of the docket number time structure.

Im being held here at FCI Gilmer WV on Docket numbers F654-82 and F10693-95 which is very clear that Im not under that sentence. if these two sentence was add concecutive my sentence would be 24 years not 17 years please Take a look at this matter and you will see Im very right.

Respectfully

