UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 6 2008
NANCY MAYER ...
U.S. ...

|  |  |
|---|---|
| ANTONIO WORRELL, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-0328 (RJL) |
| JOHN CAULFIELD *et al.*, | ) |
| Respondents. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of January 2008,

**ORDERED** that the Orders to Show Cause [Dkt. Nos. 3,4] are **DISCHARGED**; it is

**FURTHER ORDERED** that the petition for a writ of *habeas corpus* [Dkt. No. 1] is **DENIED**; it is

**FURTHER ORDERED** that petitioner's motion to amend [Dkt. No. 16] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge